# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mary Molina
                                        Plaintiff,

v.                                                                           Case No.: 1:24–cv–12746
                                                                         Honorable Charles P. Kocoras

Good Earth Lighting, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: In light of the filing of Plaintiff's First Amended Complaint [21], Defendant's Motion to Dismiss [10] is denied as moot. A telephonic status hearing is set for 4/1/2025 at 9:50 a.m. For the telephonic status hearing, parties are to use the following call–in number: 1–650–479–3207, access code 2300 000 6287 or with the following link https://us–courts.webex.com/meet/Judge_Kocorasilnd .uscourts.gov. When using the link, Counsel must type in their name when joining the call. Throughout the call, each speaker will be expected to identify themselves for the record before speaking. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.